**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 04-1400

LUISA RIVERA-LUGARO,

Plaintiff, Appellee,

v.

JOHNNY RULLAN,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Jaime Pieras, Jr., <u>U.S. District Judge</u>]

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lynch, <u>Circuit Judges</u>.

<u>Anabelle Rodriguez</u>, Secretary of Justice, <u>Ivonne Palerm</u>, Deputy Secretary of Justice, <u>Frederic Chardon Dubos</u>, <u>Julio C. Alejandro Serrano</u> and <u>Landron & Vera, LLP</u> on Motion for appellant.
<u>Jose Juan Nazario De La Rosa</u>, <u>Nazario & Santiago</u> and <u>Charles S. Hey-Maestre</u> on Motion for appellee.

July 14, 2004

**Per Curiam**.  Because the case arises on a motion to dismiss the complaint and not on summary judgment we must assume that facts most favorable to plaintiff within the confines of the complaint could be proved; and on such an assumption, there appear to be possible motivations for the discharge that could give rise to first amendment claims under clearly established law even though the plaintiff occupied a position that could justify a discharge based upon ordinary political considerations.  Accordingly, it is not possible to determine at this stage whether a claim of qualified immunity should prevail.

Affirmed.  See 1st Cir. Loc. R. 27(c)